**Filed Under Seal**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO:** _____ |
| v. | : | **DATE FILED:** _____ |
| **SHAQUAN JOHSON** | : | **VIOLATIONS:** |
| **SHAMIR JOHNSON,** | | 18 U.S.C. § 1791(a)(2) (obtaining |
| a/k/a "Samirr" | : | contraband in prison – 2 counts) |
| | | 18 U.S.C. § 1791(a)(1) (providing |
| | : | contraband in prison – 2 counts) |
| | | 21 U.S.C. § 841(a)(1), (b)(1)(E) |
| | : | (distribution of a controlled substance – 1 count) |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

   1.  The Federal Bureau of Prisons was and is an agency of the Executive Branch of the United States government, and was and is responsible for the administration of the federal prison system in the United States, including the Federal Detention Center in Philadelphia, Pennsylvania.

   2.  Defendant SHAQUAN JOHNSON was an inmate of a prison, that is, the Federal Detention Center in Philadelphia, Pennsylvania, a facility in which persons were and are held in custody by the direction of, and pursuant to a contract and agreement with, the Attorney General of the United States.

   3.  On or about January 31, 2020, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

## SHAQUAN JOHNSON

being an inmate of a prison, knowingly obtained and possessed a prohibited object, that is, a mixture and substance containing a detectable amount of buprenorphine, also known as Suboxone, a Schedule III controlled substance.

In violation of Title 18, United States Code, Section 1791(a)(2), (b)(3).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 and 2 of Count One of this indictment are incorporated here.

2. On or about January 31, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHAQUAN JOHNSON**

being an inmate of a prison, knowingly obtained and possessed a prohibited object, that is, a red L8 STAR cellular phone.

In violation of Title 18, United States Code, Section 1791(a)(2), (b)(4).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 and 2 of Count One of this indictment are incorporated here.

2. On or about January 31, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHAMIR JOHNSON**

knowingly provided a prohibited object, that is, a mixture and substance containing a detectable amount of buprenorphine, also known as Suboxone, a Schedule III controlled substance, to defendant SHAQUAN JOHNSON, an inmate of a prison.

In violation of Title 18, United States Code, Section 1791(a)(1), (b)(3).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 and 2 of Count One of this indictment are incorporated here.

2. On or about January 31, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHAMIR JOHNSON**

knowingly provided a prohibited object, that is, a red L8 STAR cellular phone, to defendant SHAQUAN JOHNSON, an inmate of a prison.

In violation of Title 18, United States Code, Section 1791(a)(1), (b)(4).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 31, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHAMIR JOHNSON**

knowingly and intentionally distributed, a mixture and substance containing a detectable amount of buprenorphine, also known as Suboxone, a Schedule III controlled substance to defendant SHAQUAN JOHNSON.

In violation of Title 18, United States Code, Section 841(a)(1), (b)(1)(E).

A TRUE BILL:

GRAND JURY FOREPERSON

WILLIAM M. MCSWAIN
UNITED STATES ATTORNEY

6

No. _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

SHAQUAN JOHSON
SHAMIR JOHNSON,
a/k/a "Samirr"

INDICTMENT

Counts

18 U.S.C. § 1791(a)(2) (obtaining contraband in prison – 2 counts)
18 U.S.C. § 1791(a)(1) (providing contraband in prison – 2 counts)
21 U.S.C. § 841(a)(1), (b)(1)(E) (distribution of a controlled substance – 1 count)

A true bill.



Filed in open court this _____ day,
of _____ A.D. 20 ____

_____
Clerk

Bail, $ _____